## STATE OF CONNECTICUT *v.* JON A. BARAN
## (11066)

DALY, LAVERY and FREEDMAN, Js.

Argued February 9—decision released March 16, 1993

*Jon A. Baran,* pro se, the appellant (defendant).

*Paul J. Ferencek,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attor-

ney, and *Carl E. Taylor,* assistant state's attorney, for the appellee (state).

PER CURIAM. The defendant appeals from his conviction under General Statutes § 14-137 as implemented by § 14-137-1 of the regulations of the motor vehicle commissioner, which prohibits the installation or operation of a radar detector on Connecticut highways. We adopt the reasoning of *State* v. *Anonymous,* 36 Conn. Sup. 551, 421 A.2d 867 (1980), which addressed the issues raised in this appeal involving the constitutionality of General Statutes § 14-137 and § 14-137-1 of the regulations of the motor vehicle commissioner.

We have reviewed the remaining issues and conclude that they are without merit.

The judgment is affirmed.